# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAKIA A. BECKWITH, | : |
| Plaintiff, | : |
| v. | : Civil Act. No. 18-854-RGA |
| PHYLLIS WALKER, et al., | : |
| Defendants. | : |

## MEMORANDUM

Plaintiff Lakia A. Beckwith, a resident of Chester, Pennsylvania, filed this action on June 7, 2018 (D.I. 2). She appears *pro se* and has been granted leave to proceed *in forma pauperis*. The action is brought against the City of Chester, Pennsylvania, and what appear to be several of its employees, and/or relatives of Plaintiff. (D.I. 2). The Complaint is difficult to understand. However, Plaintiff seems to allege that on June 7, 2017, "operation people" at the City of Chester kept following Plaintiff and her family. She alleges that different family members helped outsiders and "they stole [Plaintiff's] child from school and gave [her] a look alike." (D.I. 2 at 4). Plaintiff needs her child back, the return of money taken from her bank account, and her license to own the City of Chester. (*Id.*).

A civil action not founded solely on diversity of citizenship is properly brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which

an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b). The court may transfer a case "[f]or the convenience of parties and witnesses, in the interest of justice, . . . to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). The Court may raise venue and issue a Section 1404(a) transfer order *sua sponte*. *See, e.g., Amica Mut. Ins. Co. v. Fogel*, 656 F.3d 167, 171 (3d Cir. 2011).

Here, it does not appear that any of the events or omissions giving rise to Plaintiff's claims occurred in Delaware. They occurred in Chester, Pennsylvania. (D.I. 2 at 4). The Court considers the allegations in the Complaint and finds the interests of justice favor transferring the action to the United States District Court for the Eastern of Pennsylvania, where Plaintiff resides, where all Defendants are located, and where, based upon the allegations, it appears all the events took place.

For the above reasons, the Clerk of Court will be directed to transfer this action to the United States District Court for the Eastern District of Pennsylvania

A separate order shall issue.

_____
UNITED STATES DISTRICT JUDGE

Dated: September 21, 2018
Wilmington, Delaware