**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAKIA A. BECKWITH,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-CV-4076** |
| | : | |
| **PHYLLIS WALKER,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 27th day of September, 2018, upon consideration of Plaintiff Lakia A.

Beckwith's *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.      The Complaint is **DEEMED** filed.[1]

2.      The Complaint is **DISMISSED without prejudice** for failure to state a claim

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and for failure to comply with Rule 8(a) of the Federal

Rules of Civil Procedure for the reasons set forth in the Court's Memorandum.

3.      Ms. Beckwith is given leave to file an amended complaint within thirty (30) days

of the date of this Order in the event she can state a plausible claim for relief that falls within this

Court's jurisdiction.  Any amended complaint must name all defendants in the caption.  Any

individual or entity that is not listed in the caption will not be treated as a defendant.  The

amended complaint must also provide as much identifying information for the defendants as

possible and must describe the basis for Beckwith's claims against each defendant.  Upon the

filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

---

[1] As noted in the Court's Memorandum, the District of Delaware granted Beckwith leave to
proceed *in forma pauperis* by Order entered on June 14, 2018.  (ECF No. 4.)

4. The Clerk of Court is **DIRECTED** to send Beckwith a blank form complaint to be used by a non-prisoner filing a civil action bearing the civil action number for this case. Beckwith may use this form to prepare her amended complaint.

5. If Ms. Beckwith fails to file an amended complaint, her case may be dismissed without prejudice for failure to prosecute without further notice.

**BY THE COURT:**


        /s/ Gerald Austin McHugh
United States District Judge